IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRECISION MEDICAL, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GENSTAR TECHNOLOGIES CO. | : | |
| and | : | |
| TENACORE HOLDINGS, INC, | : | No. 10-5161 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **3rd** day of **May**, **2011**, upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendants' responses thereto, Plaintiff's reply thereon, and following a preliminary injunction hearing on March 14 and 15, 2011, and upon consideration of the Parties' post-hearing written submissions, and for the reasons provided in this Court's Memorandum dated May 3, 2011, it is hereby **ORDERED** that Plaintiff's motion (Document No. 34) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**